B6A (Official Form 6A) (12/07)

In re **Ralph M. Day, Sr.**,         Case No. **08-18384**
                           Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 714 Ocean Boulevard, Isle of palms, SC 29451 | | - | 4,200,000.00 | 1,800,000.00 |
| 10 Christie Street, Demarest, New Jersey | | - | 500,000.00 | 280,000.00 |
| 15 Christie Street, Demarest NJ | | - | 900,000.00 | 575,000.00 |
| 18 Christie Street, Demarest, NJ, 07627 | | - | 900,000.00 | 614,047.78 |
| 200 Avenue L, Newark, NJ 07105 | | - | 800,000.00 | 250,000.00 |
| 107 Overlook Avenue, Dumont, NJ | | - | 550,000.00 | 300,000.00 |
| 335-339 Blaisdell Rd., Orangeburg, NY 10962 | | - | 400,000.00 | 0.00 |
| 6-8 Pirate Drive, Waretown, New Jersey 08758 | | - | 500,000.00 | 700,000.00 |
| 21 Christie Street, Demarest, NJ | | - | 400,000.00 | 250,000.00 |

                                           Sub-Total >   **9,150,000.00**   (Total of this page)

                                                Total >   **9,150,000.00**

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re **Ralph M. Day, Sr.**, Case No. **08-18384**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of America** <br> **Attn: Bankruptcy Department** <br> **475 Corss Point Parkway** <br> **Getzville, NY 14068** | | - | **First Mortgage** <br><br> **18 Christie Street, Demarest, NJ, 07627** <br><br> Value $  900,000.00 | | | | 152,537.00 | 0.00 |
| Account No. **1149** <br><br> **Countrywide Bank** <br> **P.O. Box 660625** <br> **Dallas, TX 75266** | X | - | **Real Property Mortgage** <br><br> **21 Christie Street, Demarest, NJ** <br><br> Value $  400,000.00 | | | | 250,000.00 | 0.00 |
| Account No. <br><br> **Countrywide Home Loans** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93062** | | - | **Simple fee** <br><br> **15 Christie Street, Demarest NJ** <br><br> Value $  900,000.00 | | | | 575,000.00 | 0.00 |
| Account No. <br><br> **Countrywide Home Loans** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93062** | | - | **Real Property Mortgage** <br><br> **10 Christie Street, Demarest, New Jersey** <br><br> Value $  500,000.00 | | | | 280,000.00 | 0.00 |
| **3** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 1,257,537.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Ralph M. Day, Sr.**, Case No. **08-18384**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Countrywide Home Loans**<br>P.O. Box 5170<br>Simi Valley, CA 93062 | | - | **Real Property Mortgage**<br>200 Avenue L, Newark, NJ 07105<br><br>Value $ 800,000.00 | | | | 250,000.00 | 0.00 |
| Account No.<br>**Countrywide Home Loans**<br>P.O. Box 5170<br>Simi Valley, CA 93062 | | - | **Real Property Mortgage**<br>107 Overlook Avenue, Dumont, NJ<br><br>Value $ 550,000.00 | | | | 300,000.00 | 0.00 |
| Account No. **0256**<br>**First Horizon Mortgage**<br>4000 Horizon Way<br>Irving, TX 75063 | X | - | **Real Property Mortgage**<br>6-8 Pirate Drive, Waretown, New Jersey 08758<br><br>Value $ 1,000,000.00 | | | | 700,000.00 | 0.00 |
| Account No.<br>**Ford Credit**<br>P.O. Box 220564<br>Pittsburgh, PA 15257 | | - | **Vehicle Mortgage**<br>2006 F150 Truck<br><br>Value $ 20,000.00 | | | | 21,948.00 | 1,948.00 |
| Account No.<br>**Ford Credit**<br>P.O. Box 220564<br>Pittsburgh, PA 15257 | | - | **Vehicle Mortgage**<br>2007 Ford Ranger<br><br>Value $ 20,000.00 | | | | 19,991.00 | 0.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   **1,291,939.00**   **1,948.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Ralph M. Day, Sr.**, Debtor                                    Case No. **08-18384**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Ford Credit**<br>P.O. Box 220564<br>Pittsburgh, PA 15257 | | - | **Vehicle Mortgage**<br>**2007 Ford Ranger**<br><br>Value $ 14,000.00 | | | | 13,073.00 | 0.00 |
| Account No.<br>**Ford Credit**<br>P.O. Box 220564<br>Pittsburgh, PA 15257 | | - | **Vehicle Mortgage**<br>**2008 Ford Ranger**<br><br>Value $ 20,000.00 | | | | 22,268.00 | 2,268.00 |
| Account No.<br>**Ford Credit**<br>P.O. Box 220564<br>Pittsburgh, PA 15257 | | - | **Vehicle Mortgage**<br>**2007 Ford Ranger**<br><br>Value $ 20,000.00 | | | | 17,687.00 | 0.00 |
| Account No.<br>**Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | - | **Tax Lein**<br>**2007 Income tax and civil penalties**<br><br>Value $ 369,710.78 | | | | 369,710.78 | 0.00 |
| Account No.<br>**Internal Revenue Service**<br>955 South Springfield Ave. Bldg.A<br>Springfield, NJ 07081 | | - | **Judgment Lien**<br>**18 Christie Street, Demarest, NJ, 07627**<br><br>Value $ 900,000.00 | | | | 2,979.53 | 0.00 |
| Sheet  2  of  3   continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 425,718.31 | 2,268.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Ralph M. Day, Sr.**, Debtor

Case No. **08-18384**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Marguerite Toscano and Joan Anselmo<br>23 Shepard Avenue<br>Staten Island, NY 10314 | | - | **Judgment Lien**<br><br>18 Christie Street, Demarest, NJ, 07627<br><br>Value $ 900,000.00 | | | | 258,531.25 | 0.00 |
| Account No.<br><br>Nunzia Mazzoccoli<br>C/O David M. Watkins, Esquire<br>P.O. Box 304<br>Closter, NJ 07624 | | - | **Judgment Lien**<br><br>18 Christie Street, Demarest, NJ, 07627<br><br>Value $ 900,000.00 | | | | 200,000.00 | 0.00 |
| Account No.<br><br>The Bank of NY as Trustee for CWHEQ<br>101 McAlister Lake Drive<br>Easley, SC 29642 | | - | **Simple Fee**<br><br>714 Ocean Boulevard, Isle of palms, SC 29451<br><br>Value $ 4,200,000.00 | | | | 1,800,000.00 | 0.00 |
| Account No.<br><br> | | | Value $ | | | | | |
| Account No.<br><br> | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **2,258,531.25** **0.00**

Total (Report on Summary of Schedules) **5,233,725.56** **4,216.00**

**B6I (Official Form 6I) (12/07)**

In re **Ralph M. Day, Sr.**            Case No. **08-18384**
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ N/A |
|     b. Insurance | $ 0.00 | $ N/A |
|     c. Union dues | $ 0.00 | $ N/A |
|     d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 4,000.00 | $ N/A |
| 8. Income from real property | $ 17,366.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): **Budget contribution from sell of property** | $ 6,500.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 27,866.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 27,866.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 27,866.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**On June 6, 2008 debtor will receive $100,000.00 from his son as payment for the sale of a property that the debtor helped remodel.This money is used to supplement the debtors budget until he returns to work full-time in October, 2008.**

**On October 1, 2008 the debtor will be returning to work on the Police force. His income will be $2500.00 gross per week.**

**The debtor currently has three properties on the market to sell which assets will help fund the plan.**

B6J (Official Form 6J) (12/07)

In re **Ralph M. Day, Sr.**                                                                        Case No. **08-18384**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 6,000.00 |
|   a. Are real estate taxes included?  Yes **X**   No ___ | |
|   b. Is property insurance included?  Yes **X**   No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 200.00 |
|     b. Water and sewer | $ 25.00 |
|     c. Telephone | $ 75.00 |
|     d. Other  **Cable** | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 550.00 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 75.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 325.00 |
|     e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other  **See Detailed Expense Attachment** | $ 24,384.50 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
|     Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 32,309.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 27,866.00 |
| b. Average monthly expenses from Line 18 above | $ 32,309.50 |
| c. Monthly net income (a. minus b.) | $ -4,443.50 |

**B6J (Official Form 6J) (12/07)**

In re **Ralph M. Day, Sr.** Case No. **08-18384**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Installment Payments:**

| | |
|---|---:|
| **10 Christie Street Mortgage** | $ **2,000.00** |
| **18 Christie Street Mortgage** | $ **1,800.00** |
| **107 Overlook Rd. Mortgage** | $ **2,500.00** |
| **714 Ocean Blvd. Mortgage** | $ **10,000.00** |
| **6-9 Pirate Drive** | $ **3,284.50** |
| **21 Christie Street** | $ **4,800.00** |
| **Total Other Installment Payments** | $ **24,384.50** |