UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Chapter:                 11

Judge: _____

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E OR F
# OR TO LIST OF CREDITORS

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

DATED: _____    _____
                             Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____ or to the List of Creditors, on _____, 20 ___ that:

❏ Deletes a creditor or creditors

❏ Modifies a previously listed creditor or creditor information

❏ Adds a creditor or creditors

and for good cause shown, it is

ORDERED that creditors being deleted or modified shall, pursuant to Fed. R. Bankr. P. 1009 (a), be provided notice of the amendment by the debtor or the debtor's attorney, if any.

ORDERED that added creditors have sixty (60) days from the date of this Order, or until the date specified in the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines*, whichever is later, to file a proof of claim or to file a complaint to determine dischargeability of a debt under U.S.C. 523(c) and it is further

ORDERED that added creditors have sixty (60) days from the date of this Order, or until the date first set for the hearing on confirmation of the plan, whichever is later to file a complaint objecting to discharge of the debtor under U.S.C. 1141(d).

ORDERED that the debtor(s) shall serve on added creditors by mailing, within ten (10) days of the date of this order:

1. a copy of this Order,

2. a copy of any Disclosure Statement and Plan that has been filed and, if the plan has been confirmed, a copy of the confirmation order,

3. a notice advising such creditor(s) of the following:

2

- the date of the filing of the petition for relief;

- the date of the first meeting of creditors;

- the date by which objections to the plan and/or ballots accepting or rejecting the plan must be filed (if applicable);

- the date of the hearing on approval of the disclosure statement or confirmation of the plan, if scheduled,

- the date within which a proof of claim must be filed, and whether or not the claim was listed by the debtor as disputed, contingent or liquidated;

- the date within which a complaint objecting to the debtor's discharge or to determine dischargeability must be filed, if the debtor is an individual;

- that the debtor(s) may be examined by subpoena pursuant to D.N.J.LBR 2004-1;

and it is further

ORDERED that within ten (10) days of the date hereof, the debtor shall file an affidavit certifying compliance with the above Order, to which shall be attached a true copy the notice required by the preceding paragraphs.

*Rev. 7/27/04; jml*