UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Charles Shaw, Esquire
Law Office of Charles Shaw & Associates, PC.
170 Washington Avenue
Dumont, New Jersey 07628
Special Counsel for Debtor-in-possession, Ralph M. Day, Sr.

Order Filed on
10/1/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Ralph M. Day, Sr.

Case No.: 08-18384 MS

Judge: STERN

Chapter: 11

Recommended Local Form:  ☑ Followed   ☐ Modified

# ORDER AUTHORIZING
**RETENTION OF** Special Counsel, Charles Shaw, Esq.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: 10/1/2008**

Honorable Morris Stern
United States Bankruptcy Judge

In re:         Ralph M. Day, Sr.

Case No.:      08-18384 MS

Applicant:     Ralph M. Day, Sr.

(check all that apply)  ☐ Trustee:  ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☑ Debtor:  ☑ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Charles Shaw, Esquire

Address of Professional:  Law office of Charles Shaw & Associates

170 Washington Avenue

Dumont, New Jersey 07628

☐ Attorney for (check all that apply):
   ☐ Trustee   ☐ Debtor-in-Possession
   ☐ Official Committee of _____

☐ Accountant for:
   ☐ Trustee   ☐ Debtor-in-Possession
   ☐ Official Committee of _____

☑ Other Professional:
   ☐ Realtor   ☐ Appraiser   ☑ Special Counsel   ☐ Auctioneer
   ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

*Approved by Judge Morris Stern October 01, 2008*

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

*Approved by Judge Morris Stern October  01, 2008*