**WASSERMAN, JURISTA & STOLZ, P.C.**
225 Millburn Avenue - Suite 207
P.O. Box 1029
Millburn, New Jersey  07041
Phone: (973) 467-2700
Fax: (973) 467-8126
Counsel for Robert B. Wasserman, Chapter 11 Trustee
**SCOTT S. REVER (SR-1425)**

_____

|  | :UNITED STATES BANKRUPTCY COURT |
|---|---|
|  | :FOR THE DISTRICT OF NEW JERSEY |
|  | : |
| **In Re:** | : |
|  | : Chapter  11 |
| **RALPH M. DAY, SR.,** | : |
|  | : Case No.: 08-18384 MS |
| Debtor. | : |
|  | : |
| _____ | : Honorable Morris Stern |

_____
### CERTIFICATION OF SERVICE
_____

    I hereby certify that on January 13, 2010, I caused to be served via first-class mail, postage-prepaid, a copy of Notice of Motion for entry of an order converting case form Chapter 11 to Chapter 7, motion in support thereof and proposed form of order to the following:

ALL PARTIES ON THE ANNNEXED SERVICE LIST

ALL TAXING AUTHORITIES ON ATTACHED SERVICE LIST


Date:   January 13, 2010

                                                                   */S/   DENISE R. MENDEZ*
                                                                   DENISE R. MENDEZ