ASC-8031
PHELAN HALLINAN & SCHMIEG, PC
By: Rosemarie Diamond, Esq.
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
(856) 813-5500
Attorneys for Plaintiff

**FILED**

**DEC 1 1 2008**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 <br> PLAINTIFF <br> VS. <br> ANN CAPAZZI; <br> MR. CAPAZZI, HUSBAND OF ANN CAPAZZI; <br> RALPH DAY; <br> ALL AMERICAN HAULING; <br> STATE OF NEW JERSEY <br> DEFENDANT(S) | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION HACKENSACK, NJ <br> BERGEN COUNTY <br><br> DOCKET NO: F-45655-08 <br><br> CIVIL ACTION <br> NOTICE OF SPECIAL LIS PENDENS |

TO WHOM IT MAY CONCERN

Notice is hereby given of the commencement and pendency of the above-entitled Civil Action, the general objects of which are:

1. To impose an equitable lien upon any interest held by Ralph Day, on premises described by Deed from Ivo Marrero and Magaly Marreroto Ralph Day, dated June 16, 2005 and recorded September 28, 2005 in Deed Book 8914, Page 451.

2. To foreclose a certain mortgage covering the premises hereinafter described in Exhibit "A" attached hereto, made by ANN CAPAZZI to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS A NOMINEE FOR LIGHTHOUSE MORTGAGE SERVICE COMPANY, INC., ITS SUCCESSORS AND ASSIGNS dated February 28, 2007 and to recover possession of the lands and premises hereinafter described. Mortgage has not yet been recorded.

The land and premises to be affected by said suit are described in Exhibit "A" annexed hereto.

3. The Complaint in the above-entitled action was filed in the Office of the Clerk of the Superior Court of New Jersey on November 17, 2008.

Date: December 1, 2008

PHELAN HALLINAN & SCHMIEG, PC

By: _____
Vladimir Palma
Attorneys for Plaintiff